IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CR-238-WKW |
| | ) | [WO] |
| JACOREY GIDDENS | ) | |

**ORDER**

Now before the court is Defendant's motion to modify conditions of supervised release. (Doc. # 142.) Upon a thorough review of the record, the court concludes that Defendant's motion is due to be denied for the reasons set out in the Government's response. (Doc. # 147.) Accordingly, it is ORDERED that Defendant's motion to modify conditions of supervised release (Doc. # 142) is DENIED.

DONE this 23rd day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE